COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-099-CV

CLEBURNE UTILITY CONSTRUCTION, INC.
 
APPELLANT

V.

SOUTHWESTERN BELL TELEPHONE, L.P.   APPELLEE

D/B/A AT&T TEXAS
 

----------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant's Motion For Voluntary Dismissal Of Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.  

DELIVERED:  May 28, 2009  

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.